IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JERRY L. BRYANT, SR.**                                                                 **PLAINTIFF**

v.                              **CASE NO. 4:20-CV-00765-BSM**

**UNUM LIFE INSURANCE**
**COMPANY OF AMERICA**                                                       **DEFENDANT**

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 13] and Federal Rule of Civil Procedure 41(a)(1), this case is dismissed with prejudice, with each party bearing its own costs.

IT IS SO ORDERED this 9th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE