IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JERRY L. BRYANT, SR.**                                                                   **PLAINTIFF**

**v.**                          **CASE NO. 4:20-CV-00765-BSM**

**UNUM LIFE INSURANCE**
**COMPANY OF AMERICA**                                                              **DEFENDANT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 9th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE